UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>v.<br><br>MARTIN MCLAREN.,<br><br>        Defendant. | )<br>)<br>) Case No. 1:08-CR-00016 (CKK)<br>)<br>) Judge: Colleen Kollar-Kotelly<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the United States District Court of the District of Columbia, I hereby move for the admission *pro hac vice* of Stephanie K. Rosenthal to practice before this Court in the above-captioned case. As the Rule requires, the Declaration of Stephanie K. Rosenthal is attached hereto as Exhibit A.

Dated: February 12, 2008

Respectfully submitted,

/s/ Kirby D. Behre
_____
Kirby D. Behre (D.C. Bar # 398461)
Paul, Hastings, Janofsky & Walker LLP
875 15th Street NW
Washington, D.C. 20005
Telephone: (202) 551-1700
Fax: (202) 551-1705

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2008, a copy of the foregoing Motion For Admission *Pro Hac Vice* was served via ECF and first class, postage-prepaid U.S. Mail to:

Thomas Edwin Zeno
U.S. ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Suite 5423
Washington, DC 20530
(202) 514-2304
(202) 307-2304 (fax)
Email: Thomas.zeno@usdoj.gov

                                           /s/Kirby D.Behre
                                           Kirby D. Behre (D.C. Bar # 398461)

LEGAL_US_E # 78272880.1

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br>            Plaintiff,<br>   v.<br>MARTIN MCLAREN.,<br>            Defendant. | )<br>)<br>) Case No. 1:08-CR-00016 (CKK)<br>)<br>) Judge: Colleen Kollar-Kotelly<br>)<br>)<br>)<br>) |

## DECLARATION OF STEPHANIE K. ROSENTHAL

I, Stephanie K. Rosenthal, declare as follows:

1. My name is Stephanie K. Rosenthal, and I engage in the practice of law in the law office of Paul, Hastings, Janofsky & Walker LLP, which is located at 875 15th Street, NW, Washington, D.C., 20005. My telephone number at the firm is (202) 551-1831.

3. I am admitted to practice and am a member in good standing of the bar of the District of Columbia (Bar No. 500855). Attached hereto as Exhibit 1 is a certificate of good standing.

4. I have never been disciplined by any bar, which would include the bar for the District of Columbia.

5. I have never (and thus not within the last two years) sought to be nor been admitted *pro hac vice* in this Court.

6. I became a member of this Court on October 13, 2006.

I declare under penalty of perjury under the laws of Washington, D.C. that the foregoing is true and correct.

Dated: February 12, 2008

_____
Stephanie K. Rosenthal

# EXHIBIT 1



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**STEPHANIE K. ROSENTHAL**

was on the  13TH  day of   OCTOBER, 2006,  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 12, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARTIN MCLAREN.,<br><br>                    Defendant. | )<br>)<br>) Case No. 1:08-CR-00016 (CKK)<br>)<br>) Judge: Colleen Kollar-Kotelly<br>)<br>)<br>)<br>)<br>) |

## ORDER

On February ___, 2008, the Court considered the motion seeking the admission *pro hac vice* of Stephanie K. Rosenthal to practice before this Court in the above-captioned case (the "Motion"), along with the Declaration of Stephanie K. Rosenthal attached thereto. Having considered the Motion and the accompanying Declaration, the Court hereby **GRANTS** the Motion.

THE COURT, THEREFORE, ORDERS THAT:

Ms. Stephanie K. Rosenthal be admitted *pro hac vice* to practice before this Court in the above-captioned case.

Dated: February ___ 2008

_____
UNITED STATES DISTRICT JUDGE