## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARTIN MCLAREN.,<br><br>　　　　Defendant. | )<br>)<br>) Case No. 1:08-CR-00016 (CKK)<br>)<br>) Judge: Colleen Kollar-Kotelly<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF WITHDRAWAL OF MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Whereas Stephanie K. Rosenthal is a member of this court, we respectfully withdraw the motion for the admission *pro hac vice* of Stephanie K. Rosenthal filed February 12, 2008 (Docket Entry #2).

Dated: February 13, 2008　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Kirby D. Behre
　　　　　　　　　　　　　　　　　　　　Kirby D. Behre (D.C. Bar # 398461)
　　　　　　　　　　　　　　　　　　　　Paul, Hastings, Janofsky & Walker LLP
　　　　　　　　　　　　　　　　　　　　875 15th Street NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 551-1700
　　　　　　　　　　　　　　　　　　　　Fax: (202) 551-1705

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2008, a copy of the foregoing Notice of Withdrawal of Motion For Admission *Pro Hac Vice* was served via ECF and first class, postage-prepaid U.S. Mail to:

Thomas Edwin Zeno
U.S. ATTORNEY'S OFFICE
555 Fourth Street, N.W.
Suite 5423
Washington, DC 20530
(202) 514-2304
(202) 307-2304 (fax)
Email: Thomas.zeno@usdoj.gov

                /s/Kirby D.Behre
                Kirby D. Behre (D.C. Bar # 398461)

LEGAL_US_E # 78292245.1