UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | CR 08-16-01 (CKK) |
| ) | |
| MARTIN R. McLAREN ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO DISCLOSE A GRAND JURY MATTER

The United States of America, through its attorney, the United States Attorney's Office for the District of Columbia, hereby files this unopposed motion for leave to disclose a grand jury matter. In support of this motion, the United States advises the Court as follows:

1. On February 21, 2008, Defendant Martin McLaren entered a guilty plea to one count of making a false statement related to a health care matter, in violation of 18 U.S.C. § 1035. Defendant's sentencing hearing is scheduled for July 11, 2008.

2. The United States seeks leave under Federal Rule of Criminal Procedure 6(e)(3)(E)(i) to disclose a grand jury matter in this case to Defendant (through counsel). Specifically, the United States seeks leave to disclose certain grand jury witness testimony that is relevant to Defendant's criminal conduct and may be relevant to either party's preparation for the sentencing hearing in this case.

3. Counsel for United States has communicated with counsel for Defendant about its intention to file this motion, and has been advised that Defendant does not oppose this motion.

WHEREFORE, the United States requests that this Court grant its motion for leave to disclose a grand jury matter. A proposed order is attached for the Court's review.

                                       Respectfully submitted,

                                       JEFFREY A. TAYLOR
                                       United States Attorney

                                       /s/ Geoffrey Carter
                                       GEOFFREY CARTER (D.C. Bar No. 460-971)
                                       THOMAS ZENO (D.C. Bar No. 348-623)
                                       Assistant United States Attorneys
                                       U.S. Attorney's Office for the District of Columbia
                                       Fraud & Public Corruption Section
                                       555 Fourth Street, N.W., Fifth Floor
                                       Washington, D.C. 20530
                                       (202) 353-2457 (phone)
                                       (202) 307-2304 (facsimile)
                                       geoffrey.carter2@usdoj.gov
                                       thomas.zeno@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2008, a copy of the foregoing pleading was served via the United States District Court's Electronic Case Filing program to counsel for Defendant, Kirby Behre, Esq., Paul, Hastings, Janofsky & Walker, LLP, 875 15th St., NW Washington, DC 20005.

                                        /s/ Geoffrey Carter
                                ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** )<br>)<br>v.        )<br>)<br>**MARTIN R. McLAREN** )<br>)<br><u>        **Defendant.**        </u> ) | CR 08-16-01 (CKK) |

**ORDER**

This matter comes before the Court upon the United States' unopposed motion to disclose a grand jury matter, that is certain grand jury witness testimony that may be relevant to either or both parties in connection with the sentencing hearing in this case. Under the authority of Fed. R. Crim. P. 6(e)(3)(E)(i), based upon the entire record in the case, and for good cause shown, it is this _____ day of _____, 2008

ORDERED that the United States' motion is GRANTED and the United States may disclose grand jury testimony to counsel for Defendant in preparation for the upcoming sentencing hearing.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE