UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES | ) | | |
| | ) | | |
| v. | ) | CR 08-16-01 (CKK) | **FILED** |
| | ) | | |
| MARTIN R. McLAREN | ) | | FEB 2 5 2008 |
| | ) | | |
| Defendant. | ) | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

ORDER

This matter comes before the Court upon the United States' unopposed motion to disclose a grand jury matter, that is certain grand jury witness testimony that may be relevant to either or both parties in connection with the sentencing hearing in this case. Under the authority of Fed. R. Crim. P. 6(e)(3)(E)(i), based upon the entire record in the case, and for good cause shown, it is this 25th day of Feb., 2008

ORDERED that the United States' motion is GRANTED and the United States may disclose grand jury testimony to counsel for Defendant in preparation for the upcoming sentencing hearing.

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE