AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
FEB 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

——————— DISTRICT OF ———————

UNITED STATES OF AMERICA

V.

## WAIVER OF INDICTMENT

CASE NUMBER: 08-014

I, _MARTIN McLAREN_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _2/21/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _Colleen Kollar-Kotelly_
Judicial Officer