UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | 08-016 |
| ) | |
| v. ) | |
| ) | **FILED** |
| MARTIN R. McLAREN ) | |
| ) | FEB 2 1 2008 |
| _____Defendant._____ ) | |
| | NANCY MAYER WHITTINGTON, CLERK |
| STATEMENT OF OFFENSE | U.S. DISTRICT COURT |

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, defendant MARTIN R. McLAREN ("DR. McLAREN") agrees and stipulates as follows:

**Count I – False statement relating to health care matters
(18 U.S.C. § 1035)**

**INTRODUCTION**

Defendant Dr. McLaren and His Medical Practice

1. DR. McLAREN is an anesthesiologist who offers pain management treatment in several offices located in Maryland. DR. McLAREN owns the Pain Management Center, which is located in Hyattsville, Maryland, and rents space at other locations, including Waldorf, Oxon Hill and Largo, Maryland.

2. As part of his billing procedures, DR. McLAREN used a pre-printed form, known in the medical industry as a "superbill," to indicate which medical procedures or services should be billed for each individual patient. The superbill listed the names of procedures that DR. McLAREN commonly billed, and also listed the corresponding code for each procedure. The procedure codes, also known as "CPT codes," are defined in the American Medical Association Physician's Current Procedure Terminology ("CPT") Guidebook.

3. To initiate the billing process for an individual patient, DR. McLAREN would circle procedure codes on the superbill to indicate which procedures should be billed to the patient or to the patient's insurance company. Upon receiving the superbill, the billing employee would enter information from the superbill into a billing software program, which in turn would generate an insurance claim form, known in the industry as a HCFA or CMS 1500 claim form. The claim form includes several items of information, including the provider's Unique Provider Identification Number ("UPIN"), the beneficiary's name, and the procedure codes listed to identify the type of medical treatment that was provided. DR. McLAREN was required to certify on the claim form that all of the information on the form was accurate. Once the claim form was prepared, DR. McLAREN's staff submitted the form by mail or electronically to Medicaid, Medicare or to the appropriate private insurance company for processing and payment. The insurance provider based the payment amount on the CPT codes specified on the claim form.

The Health Care Benefit Programs

4. During the time period covered by the charging information filed in this matter, DR. McLAREN and his staff submitted claims for payment to Medicaid, Medicare, private insurance companies and employee benefit plans. The private insurance companies included Aetna, Inc., CareFirst Blue Cross Blue Shield, and Liberty Mutual, Inc.. The employee benefit plans included the Maryland Injured Worker's Insurance Fund and the U.S. Department of Labor's Office of Worker's Compensation Programs ("OWCP"). Medicaid, Medicare, the private insurance companies and the employee benefit plans are "health benefit programs" as defined in 18 U.S.C. § 24(b).

5. Medicaid is a government-sponsored health insurance program for eligible low-income and needy individuals, such as children and individuals with disabilities.

6. Medicare is a federally-funded health insurance program designed to provide medical care to eligible persons known as "beneficiaries" (normally, individuals aged 65 and over, or individuals who are blind or have disabilities). Medicare was administered by the Health Care Financing Administration, later called the Centers for Medicare and Medicaid Services, an agency of the U.S. Department of Health and Human Services.

Fraudulent Billing – CPT Codes 64479, 64483 and 64484 (TEI)

7. At DR. McLAREN's direction, his staff submitted several claims to health benefit programs to seek payment for transforanimal epidural injections (CPT Codes 64479, 64483 and 64484). Transforanimal epidural injections, or "TEI," are essentially complex injections made around the spinal area for the purpose of pain relief, and require specialized equipment, including flouroscopic image guidance and 3.5 inch long needles.

8. DR. McLAREN did not actually perform TEI as part of his medical practice. However, DR. McLAREN regularly directed his staff to submit reimbursement claims for TEI to health benefit programs (using CPT codes such as 64479, 64483 and 64484) despite knowing that such claims were false and fraudulent.

Fraudulent Billing – CPT Code 72265 (Myelography)

9. At DR. McLAREN's direction, his staff submitted several claims to health benefit programs to seek payment for myelography (CPT Code 72265). A myelography is an X-Ray, CT or MRI scan of the spinal canal and cord that is conducted after a dye is injected into the spinal area.

Myelographies are normally performed at a hospital or other medical facility by a radiologist or neurosurgeon.

10. DR. McLAREN did not actually perform myelographies as part of his medical practice. However, DR. McLAREN regularly directed his staff to submit reimbursement claims for myelographies to health benefit programs (using CPT code 72265) despite knowing that such claims were false and fraudulent.

Fraudulent Billing – CPT Code 99214 ("Moderate" Office Visits)

11. At DR. McLAREN's direction, his staff submitted several claims to health benefit programs to seek payment for "moderate" office visits (CPT code 99214). The American Medical Association defines CPT Code 99214 as follows: "Office or other outpatient visit for the evaluation and management of an established patient, which requires at least two of these three key components: a detailed history; a detailed examination; medical decision making of moderate complexity. . . . Usually, the presenting problem(s) are of moderate to high severity. Physicians typically spend 25 minutes face to face with the patient and/or family." Of the range of office visits for established patients that can be billed using CPT codes, "moderate" office visits are the second most expensive (the order is complex, moderate, expanded, low, brief).

12. DR. McLAREN regularly directed his staff to submit reimbursement claims to health benefit programs for moderate office visits (using CPT code 99214) despite knowing that such claims were false and fraudulent. For example, DR. McLAREN directed staff to submit claims for CPT code 99214 when patients: visited the office merely to pick up prescriptions; were not seen by a doctor; and/or never received any medical services.

*   *   *

13. On or about 9/16/2004, in the District of Columbia and elsewhere, in a matter involving a health care benefit program, the defendant, DR. McLAREN, knowingly and willfully made a materially false, fictitious and fraudulent statement and representation in connection with the delivery of health care benefits, items and services; that is, DR. McLAREN, in connection with his pain management medical practice, knowingly and willfully submitted a false and fraudulent reimbursement claim for CPT code 64483 to DC MEDICAID for patient J.C. seeking reimbursement in the amount of $600.

Respectfully Submitted,

JEFFREY A. TAYLOR
United States Attorney's Office for the District of Columbia

_____
THOMAS ZENO
GEOFFREY CARTER
Assistant United States Attorneys
Fraud & Public Corruption Section
555 4th St., NW, Fifth Floor
Washington, DC 20530
(202) 353-2457

5

## DEFENDANT'S ACCEPTANCE

I have read every word of this five page Statement of Offense. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 2·21·08

Martin R. McLaren
Defendant

I have fully discussed this Statement of Offense with my client, Dr. Martin R. McLaren. I concur with his decision to stipulate to this Statement of Offense.

Date: 2/21/08

Kirby Behre, Esq.
Counsel for Defendant