U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**

FEB 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    :

V.    :    Case No. 08-16-01 (CKK)

:

MARTIN R. McLAREN,

:

Defendant.    **ORDER**

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __21th__ day of __FEBRUARY, 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __a date mutually convenient to the parties__ by __Special Agent Robert Slease__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __HHS__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __Special Agent Robert Slease__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~U.S. Magistrate~~ COLLEEN KOLLAR-KOTELLY

DOJ USA-16-80

**DEFENSE COUNSEL**