# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America
v.

Defendant's name: **Martin McLaren**

Case No. **08-016**

**FILED FEB 21 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:**

**PERSONAL PROMISE** [X]
- **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- [ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.
- [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.
- [ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**

1) **SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000.

[X] 2) **YOU ARE TO REPORT** — [X] weekly, [X] by phone TO [X] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.

[X] 3) **YOU ARE TO LIVE** — [X] at **above address**

4a) **YOU ARE TO WORK** —
4b) **YOU ARE TO STUDY** —

[X] 5) **YOU ARE TO STAY** — [X] Within the D.C. area **Metropolitan Area**. Court order is needed if traveling outside the Metropolitan Area.

[X] 6) **NARCOTICS** — Comply with Booking order. Do not apply or possess a passport. Report to Pretrial Services Agency Room C-220 for evaluation and if positive program placement by PSA.

[X] 7) **OTHER CONDITION** — Surrender all passports to Pretrial Services Agency (PSA). Notify Court within 24 hours of any change of address. Can travel to Chicago for a period of 2 weeks for the birth of grandchild. Defendant to notify PSA regarding this matter.

[X] 8) **REARREST** — Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at Holding you without Bond.

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

**NEXT DUE BACK**: in Courtroom **28A** at **9:00 AM** on **July 11, 2008**. or when notified and you must appear at all subsequent continued dates. You must also appear **when directed**.

**YOUR ATTORNEY**: **Kirby D. Behre**
1299 Pennsylvania Ave NW
10th Fl. Wash. DC 20004
**202 588-9544**

**DEFENDANT'S SIGNATURE**: [signed]

**WITNESSED BY**: Dorothy Twins Patterson (title and agency) **USDC Deputy Clerk**

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date **Feb. 21, 2008**

**SO ORDERED**
[signed] Colleen Kollar-Kotelly
Signature of Judge

(margin note: Defendant Release from Court)