UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| vs. : | CRIMINAL NO. 08-016 |
| : | Judge Colleen Kollar-Kotelly |
| MARTIN MCLAREN : | |
| Defendant : | |

**FILED** FEB 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The probation office shall file its Presentence Report by no later than <u>MAY 9, 2008.</u>

The Government shall file its Memorandum in Aid of Sentencing by no later than <u>MAY 23, 2008</u>, it is further;

ORDERED that the Defendant shall file its Response in Aid of Sentencing by no later than <u>JUNE 6, 2008</u>, it is further;

ORDERED that the Government shall file its Reply in Aid of Sentencing by no later than <u>JUNE 20, 2008</u>, it is further;

ORDERED that the defendant shall be sentence in Courtroom #28A on the Sixth Floor on <u>JULY 11, 2008 AT 9:00 A.M.</u>

IT IS SO ORDERED,

Date: Feb. 28, 2008

Colleen Kollar-Kotelly
United States District Judge

cc:     **Chambers**
         **Files**
         **Probation**
         **Thomas Zeno and Geoffrey Carter, AUSA**
         **Kirby Behre, Esq**