UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.: |
| | : | 1:08CR-016-011 |
| Plaintiff, | : | |
| | : | |
| V. | : | Judge Colleen Kollar-Kotelly |
| | : | |
| MARTIN R. McLAREN, | : | |
| | : | |
| Defendant. | : | Sentencing Date:  JULY 11, 2008 |

DEFENDANT'S MOTION FOR LEAVE
TO FILE A DVD OF VIDEO TESTIMONIALS
WITH THE COURT IN AID OF SENTENCING

Defendant, Dr. Martin R. McLaren, through undersigned counsel, respectfully moves this court for leave to file a Digital Versatile Disk ("DVD") in Aid of Sentencing containing videotaped testimonials from family members and patients.  In support of this motion, Defendant respectfully states the following:

1.  On February 21, 2008, at the Arraignment and Plea Hearing, Defendant's counsel, the undersigned, asked this Court for permission to submit a DVD in Aid of Sentencing.  Plea Hr'g Tr. 64:18-65:2.

2.  The Court stated it would accept Defendant's submission of a DVD and instructed the Defendant to provide a copy to the government.  Plea Hr'g Tr. 65:3-5.

Wherefore, in consideration thereof, Defendant respectfully requests this Court accept his DVD in Aid of Sentencing, which will be served on all parties and submitted to the Court at the time the Memorandum in Aid of Sentencing is filed.


Dated: June 4, 2008                    Respectfully Submitted,


                                        /s/Kirby D. Behre
                                        Kirby D. Behre (D.C. Bar No.: 398461)
                                        PAUL, HASTINGS, JANOFSKY
                                         & WALKER LLP
                                        875 15th Street NW
                                        Washington, DC 20001
                                        Phone: (202) 551-1719

                                        *Attorney for Defendant*
                                        *Martin R. McLaren*

2

## CERTIFICATE OF SERVICE

I hereby affirm that on this 4th day of June, 2008 I filed a true copy of the Defendant's Motion For Leave to File a DVD of Video Testimonials with the Court in Aid of Sentencing electronically with the Court and I served a true copy by mail on anyone unable to accept electronic filing.

_____/s/Kirby D. Behre_____
Kirby D. Behre

LEGAL_US_E # 79620505.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.: |
| | : | 1:08CR-016-011 |
| Plaintiff, | : | |
| | : | |
| V. | : | Judge Colleen Kollar-Kotelly |
| | : | |
| MARTIN R. McLAREN, | : | |
| | : | |
| Defendant. | : | Sentencing Date:  JULY 11, 2008 |

## ORDER

On Defendant's Motion For Leave to File a DVD of Video Testimonials with the Court

in Aid of Sentencing filed by Defendant, it is **ORDERED** on this _____ day of June

2008 that the **MOTION** is **GRANTED** and that the Court will **ACCEPT** Defendant's DVD of

Video Testimonials.

**SO ORDERED.**

_____
Date

_____
Judge Kollar-Kotelly