UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, : Criminal No.:
: 1:08CR-016-011
Plaintiff, :
:
V. : Judge Colleen Kollar-Kotelly
:
MARTIN R. McLAREN, :
:
Defendant. : Sentencing Date: JULY 11, 2008

## ORDER

On Defendant's Motion For Leave to File a DVD of Video Testimonials with the Court in Aid of Sentencing filed by Defendant, it is **ORDERED** on this ___9th___ day of June 2008 that the **MOTION** is **GRANTED** and that the Court will **ACCEPT** Defendant's DVD of Video Testimonials, *at the time the Memorandum in Aid of Sentencing is filed.*

SO ORDERED.

___June 9, 2008___
Date

___Colleen Kollar-Kotelly___
Judge Kollar-Kotelly