UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.: |
| | : | 1:08CR-016-011 |
| Plaintiff, | : | |
| | : | |
| V. | : | Judge Colleen Kollar-Kotelly |
| | : | |
| MARTIN R. McLAREN, | : | |
| | : | |
| Defendant. | : | Sentencing Date:  JULY 11, 2008 |

DEFENDANT'S MOTION FOR LEAVE
TO FILE A SUR-REPLY MEMORANDUM
IN AID OF SENTENCING

Defendant, Dr. Martin R. McLaren, through undersigned counsel, respectfully moves this court for leave to file the attached Sur-Reply to the Government's Reply Memorandum in Aid of Sentencing (Attachment 1).  In support of this motion, Defendant respectfully states the following:

1.   On Friday, May 23, 2008, the Government filed its Memorandum in Aid of Sentencing, pursuant to this Court's request for filing on that date.

2.   On Friday, June 6, 2008, Defendant filed his Memorandum in Aid of Sentencing with the Court, pursuant to the Court's request for filing on that date.

3.   On Friday, June 20, 2008, the Government filed its Reply Memorandum in Aid of Sentencing with the Court, pursuant to the Court's request for filing on that date.

4.   Defendant has a brief response to several arguments the Government asserts in its Reply.

1

5.   Defendant, in his Sentencing Memorandum, informed the Court he was developing a comprehensive Community Service Proposal and would submit that under separate cover. Defendant has developed the proposal and also seeks leave of court to file the proposal as an attachment to his Sur-Reply to the Government's Reply Memorandum.

6.   Defendant has conferred with the Government regarding his intended Sur-Reply.  The Government consents to the filing by Defendant of a Sur-Reply Memorandum in Aid of Sentencing.

Wherefore, in consideration thereof, Defendant respectfully requests this Court accept the attached Sur-Reply Memorandum in Aid of Sentencing and Community Service Proposal.

Dated: June 27, 2008                    Respectfully Submitted,


                              /s/Kirby D. Behre
                              Kirby D. Behre (D.C. Bar No.: 398461)
                              PAUL, HASTINGS, JANOFSKY
                               & WALKER LLP
                              875 15th Street NW
                              Washington, DC 20001
                              Phone: (202) 551-1719

                              *Attorney for Defendant*
                              *Martin R. McLaren*

## CERTIFICATE OF SERVICE

I hereby affirm that on this 27th day of June, 2008 I filed a true copy of the Defendant's Motion For Leave to File a Response to the Government's Reply Memorandum in Aid of Sentencing electronically with the Court and I served a true copy by mail on anyone unable to accept electronic filing.

_____/s/Kirby D. Behre_____
Kirby D. Behre

LEGAL_US_E # 79876610.1

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No.:** |
| | : | **1:08CR-016-011** |
| Plaintiff, | : | |
| | : | |
| V. | : | **Judge Colleen Kollar-Kotelly** |
| | : | |
| **MARTIN R. McLAREN,** | : | |
| | : | |
| Defendant. | : | **Sentencing Date:  JULY 11, 2008** |

## ORDER

On Defendant's Motion For Leave to File a Sur-Reply to the Government's Reply

Memorandum in Aid of Sentencing, it is **ORDERED** on this _____ day of June 2008 that

the **MOTION** is **GRANTED** and that the Clerk will **FILE** Defendant's Sur-Reply

Memorandum in Aid of Sentencing and attached Community Service Proposal on the date of this

order.

  **SO ORDERED.**

_____
Date

_____
Judge Kollar-Kotelly

4

# ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Criminal No.:** |
| | : | **08-16-01** |
| Plaintiff, | : | |
| | : | |
| V. | : | **Judge Kollar-Kotelly** |
| | : | |
| MARTIN R. McLAREN, | : | |
| | : | **Sentencing Hearing:** |
| Defendant. | : | **July 11, 2008** |

## DEFENDANT'S SUR-REPLY MEMORANDUM IN AID OF SENTENCING

Dr. Martin R. McLaren, through undersigned counsel, respectfully submits this Sur-Reply Memorandum in Aid of Sentencing in the above captioned case.

The Government's Reply Memorandum In Aid of Sentencing (the "Reply") attempts to justify the Government's request that the Court impose a Guidelines sentence and apply a two level enhancement for the role Dr. McLaren played in the offense. Yet the Reply fails to address the single most important fact relating to this issue: Lakeal Ellis created and implemented the overbilling scheme and concealed it from Dr. McLaren for more than a year. That fact is completely at odds with the Government's assertion that Dr. McLaren played a leadership role in designing and implementing the overbilling.

## I.    DR. MCLAREN WAS THE MANAGER OF THE MEDICAL AFFAIRS OF HIS PRACTICE BUT WAS NOT A MANAGER, LEADER, OR ORGANIZER IN THE OFFENSE

Dr. McLaren's role in his medical practice does not equate to a leadership role in the offense and does not warrant a two-point enhancement. The headings in the Government's Reply illustrate the weaknesses in the Government's position. For example, section I.A. of the Reply states: "The defendant made decisions and controlled others." For purposes of the

1

manager, leader, or organizer enhancement, the issue is the defendant's role *in the offense conduct*. The test is not whether Dr. McLaren made day-to-day professional decisions regarding his medical practice, but rather whether he managed, led, or organized *the illegal conduct*. Of course Dr. McLaren "made decisions"—he was the only doctor in the practice. Dr. McLaren made decisions regarding medical treatment. The fact that Dr. McLaren hired Ms. Ellis and paid her does not demonstrate that he managed, led, or organized her scheme to defraud coverage providers and embezzle funds.

The Government also claims that Dr. McLaren "controlled others" without explaining what that phrase means or why it matters. The only other person involved in the overbilling was Ms. Ellis. The Government states that Ms. Ellis managed the office; this implies that she had control over the billing procedures. And the Government concedes that Ms. Ellis was "domineering and manipulative[,]" so much so that even the Government cannot argue that anyone, including Dr. McLaren, could control her. Even a federal prosecutor holding a criminal conviction over Ms. Ellis could not control her during her grand jury testimony, as evidenced by the transcript.

Rather than engage in a precise analysis of the facts as they relate to the enhancement in dispute, the Government resorts to innuendo and unsubstantiated, unreliable rumors. Much of what the Government presents as fact in its Reply derives from the uncorroborated statements of Ms. Ellis. The lack of citations to statements of Ms. Ellis masks the Government's reliance on her to make its case. Ms. Ellis has lied repeatedly to the Government, and she has lied to Dr. McLaren. Thus, her depiction of the billing fraud should be considered highly suspect in light of her complete lack of credibility.

2

Remarkably, the Government comes close to denying the obvious when it suggests that Ms. Ellis may not have embezzled several hundred thousand dollars from Dr. McLaren. Realizing that its sole witness regarding this issue—Ms. Ellis—is completely unreliable, the Government stops short of denying the embezzlement, instead describing it vaguely as "strange." Without rehashing each point made previously in Defendant's Memorandum in Aid of Sentencing, the following facts demonstrate the embezzlement:

1. The embezzlement explains why Ms. Ellis implemented the overbilling scheme in secret without Dr. McLaren's knowledge. By increasing revenue through overbilling, she hid the embezzlement from Dr. McLaren.

2. Dr. McLaren reported the theft to law enforcement and pursued charges. He only dropped the charges after a pregnant and unemployed Ms. Ellis repeatedly pleaded with him to do so.

3. The checks that Ms. Ellis embezzled were made payable to Dr. McLaren, and she engaged in deceit to successfully deposit them.

4. Dr. McLaren is not aware that he was a signatory on the Ellis embezzlement account, and it is likely Ms. Ellis forged this paperwork.

The Government's Reply also makes several allegations that have no relevance to the two-point enhancement or any sentencing issue at all in an apparent attempt to counter the glowing patient tributes to Dr. McLaren on the DVD in Aid of Sentencing. For example, the inflammatory claim that Dr. McLaren knew that some patients resold pain medication to persons without prescriptions and nevertheless continued to treat those patients is untrue. Dr. McLaren worked closely with pharmacists and law enforcement to prevent prescription abuse.[1]

---

[1] In fact, pain management doctors are in short supply in large part because of the highly addictive nature of pain medicine and the potential for patient abuse of those drugs. There is not a pain management practice in the country that can guarantee that none of its patients abuse or resell their pain medication.

## II.    CONCLUSION

A two-point enhancement for a leadership or organizational role in the offense should not be applied in this case if the court imposes a Guidelines sentence. While Dr. McLaren is accountable for the fraudulent conduct and for the amount of loss, his sentence should not be enhanced simply because he owned the medical practice and had authority over the medical affairs of the practice.

As promised in Defendant's Memorandum in Aid of Sentencing, attached is a Community Service Proposal from East of the River (Exhibit 1). East of the River is committed to accepting Dr. McLaren as a full time volunteer. Dr. McLaren intends to work with the Recovery Support Service program to coordinate program participants' care, and to mentor them, educate them, and provide them with life skills. He will also work with the ex-offender reentry program. East of the River believes, as does the defense, that Dr. McLaren could provide essential services to the organization and could better repay his debt through service than through incarceration.

Dated: June 27, 2008                Respectfully Submitted,


By:      /s/Kirby D. Behre
         Kirby D. Behre (D.C. Bar No.: 398461)
         PAUL, HASTINGS, JANOFSKY
          & WALKER LLP
         875 15th Street NW
         Washington, DC 20001
         Phone: (202) 551-1719

         *Attorneys for Defendant*
         *Martin R. McLaren*

4

## CERTIFICATE OF SERVICE

I hereby affirm that on this 27th day of June, 2008 I filed a true copy of the foregoing

Sentencing Memorandum on Behalf of Martin R. McLaren electronically with the Court and I

served by mail on anyone unable to accept electronic filing.


      /s/Kirby D. Behre
Kirby D. Behre

# EXHIBIT 1



# THE EAST OF THE RIVER
# CLERGY POLICE COMMUNITY PARTNERSHIP, INC.

**4105 First Street, S.E. • Washington, D.C. 20032 • (202) 373-5767 Office • (202) 373-5769 Fax**

June 16, 2008

The Honorable Judge Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

> RE: Martin R. McLaren, MD
> Criminal Case 08-16-01
> Volunteer Service Proposal

Dear Judge Kollar-Kotelly:

We represent the East of the River Clergy Police Community Partnership ("ERCPCP"), a faith-based, collaborative non-profit organization established in 1999 to address youth violence and related issues. Through this letter, we respectfully submit the attached proposal detailing the scope and nature of services that Martin McLaren, M.D., could contribute to our organization should you deem that community service is an appropriate alternative or supplement to incarceration.

Our organization, like many other non-profits in our area, depends upon volunteers to help us address our core mission of decreasing crime, violence, incarceration, and recidivism in our community. We are especially in need of dedicated, mature male volunteers. According to a Children's Defense Fund national survey, over 60% of juvenile offenders, and over half of the ex-offenders returning to our communities are from single parent households led by women. Unfortunately, the statistics for the District of Columbia in these areas are even more distressing. For many of these young men and women, the male staff and volunteer mentors of ERCPCP become the first men in their lives who show a genuine interest, concern and commitment to helping them turn their lives around. This is of particular significance to our troubled young men who, for the most part, have been deprived of a caring older male figure in their life. The importance of having such male mentors cannot be over-emphasized.

Our Deputy Director of Operations, Mrs. D'Sheka Perkins and I have met with Dr. McLaren and have had several conversations with him regarding how he might best be of service to ERCPCP. We are both impressed with his honesty and openness regarding his legal status and how he desires to bring about positive change not only in his life, but for others as well. While we both recognize the gravity of the charges against Dr. McLaren, we humbly request the Court to consider the whole of his life and the potential he still has to help others.

*Reclaiming a generation...One child at a time.*

---

**Reverend Henry Gaston**
Pastor, Johnson Memorial Church

**Mr. Lawrence Weaver**
Court Social Services

**Ms. Jacqui Seay-Khaalid**
Job Corps Admissions

**Reverend Dr. Judy Talbert**
Pastor, Faith Tabernacle of Prayer

**Ms. Ani Russell**
Director, Metropolitan Police Department,
Policing for Prevention

**Reverend Franklin Senger, III**
Pastor, Lutheran Church of the Holy Comforter

**Dr. Roosevelt Cohen**
Executive Director, Serenity, Inc.

**Rev. Kip B. Banks, Sr.**
Sr. Pastor, East Washington Heights Baptist
Church

**Ms. Angie Johnson**
Anacostia Community

**Ms. Radiance Nowlin**
Anacostia Community

**Ms. Tiara White**
Anacostia Community

**Chief Cathy L. Lanier**
Chief of Police, Metropolitan Police Department

**Reverend Donald L. Isaac**
Executive Director, East of the River Clergy, Police,
Community Partnership, Inc

We are confident that Dr. McLaren understands and deeply regrets the conduct that led to his appearance in your courtroom. Mrs. Perkins and I concur that Dr. McLaren has the capacity to be a tremendous advocate, mentor, and friend to these young people and returning ex-offenders. Particularly in light of his own legal status, we believe he can teach our young men and women that no one is defined by his or her greatest failure, mistake, shortcoming or sin.

We firmly believe that through a sentence of community service, Dr. McLaren can transform this failure into a character and life-building catalyst not only for himself, but for high-risk young men and women in our community. We recognize and accept the responsibility of supervising Dr. McLaren and documenting his time and achievement to the Court. We thank you for taking the time to read and consider the attached proposal for volunteer service for Dr. McLaren. Should you have any questions, or require any clarifications regarding our organization and mission, please feel free to call either Mrs. D'Sheka Perkins or myself on (202) 373-5767.

Sincerely,

Reverend Donald L. Isaac          D'Sheka Perkins                Gable Barmer
Executive Director                Deputy Director of Operations  Deputy Director of Programs

Attachments:
  Proposal
  ERCPCP Brochures

# Proposal

## Martin R. McLaren, MD
## Volunteer Service for the East of the River
## Clergy Police Community Partnership
## (ERCPCP)

**Submitted To:** The Honorable Judge Colleen Kollar-Kotelly

**From:**        Reverend Donald L. Isaac, Executive Director
ERCPCP

## Organizational Overview

The East of the River Clergy Police Community Partnership ("ERCPCP") was established as a faith-based organization in August of 1999 in response to the escalating crime, violence, incarceration, recidivism, and other related societal ills facing communities east of the Anacostia River.

The southeast quadrant of Washington, D.C. has had, of long standing, the highest rates of homicides, drug abuse, youth violence, and teen pregnancy, while having the lowest rate of high school graduates and employment.  Given the significant and complex needs within our community, ERCPCP recognized that solving these issues would require a multi-faceted, collaborative approach that brought various organizations, entities and disciplines together to creatively address the core issues within our community.  Consequently, the collaboration among local churches, law enforcement, social service agencies (both federal and state), and local area residents has begun to make dramatic strides in reducing violent crimes, youth gang activity, and the rate of recidivism, while fostering educational achievement among our youth.

Several of our unique programs and services include:

- **CSOSA Faith Based Reintegration Initiative**: a Court Services and Offender Supervision Agency ("CSOSA") and ERCPCP program for ex-offenders returning to our community that provides a range of services to help with their successful reintegration and lower risk of recidivism.

- **Project NIA: Mentoring With a Purpose**: "Nia" is a Swahili term meaning "purpose".  This program is a collaboration between ERCPCP and Peaceoholics designed for youths aged 8-18 years that provides supportive and "goal-driven" mentors to program participants in order to curb crime/gang activity and lower the high school dropout rate.

- **Faith-Based Transitional Housing Program**: a program committed to providing supportive housing to previously incarcerated persons; helping them to navigate the difficult housing market. Our facility has 24 hour on-site monitoring, curfews, random room inspections, weekly/daily groups, employment/substance abuse referrals, and drug and alcohol testing.  Once individuals have successfully completed the initial phase of the transitional housing program, we assist residents in securing long-term permanent housing.

Our website – www.ercpcp.org – provides a detailed description of our mission, partners, members, and Board of Directors, along with a complete listing of our programs and services.

**Selected Program Focus – Martin McLaren, MD**

In light of his interests and our programming needs, Dr. McLaren would be assigned primarily to work with our Access to Recovery (ATR) program but would assist with other programs as well.

Once Dr. McLaren has completed our mandatory Volunteer Orientation/Training session(s), his major area of responsibility would include assisting the Case Manager with the recovery support services listed below.

**Recovery Support Services:**

- Recovery Support Evaluation (intake);
- Care Coordination;
- Group Recovery Mentoring and Support Services;
- Group Educational Services;
- Group Life Skills Services;
- Group Parenting Services; and
- Transportation

One of Dr. McLaren's duties will be to conduct the intake process with the program participants. Once the client receives a voucher from the Department of Health, they will report to the ERCPCP Faith Based Transitional House to go through our intake process. We are expecting to service 50 to 75 clients per year. Dr. McLaren's role as the intake specialist will be a tremendous asset to our organization. The addition of Dr. McLaren as a qualified volunteer that can help to move our ATR program forward should result in quality and expedient services to homeless and underserved clients throughout the District of Columbia.

Additional opportunities to support other ERCPCP programs may include the following activities:

CSOSA Faith Based Re-Integration Initiative:  working with one or more of our returning ex-offenders and providing:

- Help and assistance with housing requirements
- Employment/career development assistance (including resume writing and successful interview techniques/strategies)
- Help identifying various other assistance needed (i.e. substance abuse, clothing, food, etc.)
- Service as a  mentor/friend for program participants in order to ensure successful re-integration

Project NIA-Youth Mentoring Program:  assignment to one or more at-risk young men to serve as their personal mentor, friend and advocate.  Such mentoring duties consist of, but are not limited to, the following:

- Providing academic support and assistance (e.g., identify strengths and weaknesses and offer tools and strategies needed for academic success)
- Offering support and assistance with social development and non-violent problem resolution
- Identifying and addressing various personal needs (e.g., housing, clothing, food)
- Encouraging and developing the ability to make positive life choices

## Program Participants/Collaborative Partners

ERCPCP program participants and many of our collaborative partners are those that reside in the area east of the Anacostia River (Wards 7 & 8 of Washington, D.C.). We work with schools, faith-based institutions, public housing developments, and various social service agencies in order to help our community. A partial listing of our collaborative partners include:

- Metropolitan Police Department
- Peaceoholics
- Johnson Memorial Baptist Church
- Faith Presbyterian Church
- Benning Terrace Housing Development
- Woodland Terrace Housing Development
- Department of Youth Rehabilitative Services
- Court Services and Offender Supervision Agency
- Violence Intervention Partnership
- U.S. Department of Justice-Community Capacity Development Office
- U.S. Attorneys Office

## Volunteer Time Commitment

Dr. McLaren has committed to provide ERCPCP with full-time volunteer service (five days per week, Monday-Friday). Additionally, he has agreed to provide weekend hours as needed in support of specific program goals and objectives.

## Volunteer Status Defined

Dr. McLaren will receive no financial gain of any kind (i.e. payroll, stipends, etc), for his time and efforts in support of ERCPCP programs and services. He will bear all financial costs associated with his volunteer service (i.e. travel, meals, incidentals).

## Reporting Requirements

Dr. McLaren shall provide monthly written reports to ERCPCP Executive Director (with copies to other appropriate ERCPCP Staff/Program Directors), detailing his activity/efforts in support of assigned ERCPCP programs. Monthly reports will include,

but are not limited to: goal(s) identification, activity summaries, action items, problem identification, and accomplishments.

Additionally, should the Court require copies of ERCPCP reports to supplement Court-mandated reporting requirements, Dr. McLaren and/or the Executive Director of ERCPCP would forward the same to the Court.

### Capacity Building/Projected Benefits

All of our volunteers help ERCPCP build upon our capacity to serve our community. In addition to the direct help and assistance they provide, there are indirect benefits as well. Each volunteer has the capacity also to bring his or her circle of friends, relatives, neighbors and associates into the ERCPCP family of supporters. Dr. McLaren has already shared information about ERCPCP programs and services with some of his circle and we welcome the extended support and assistance he brings on our behalf.

## Vision

As led by God, the East of the River community will experience healing, restoration and transformation from brokenness to healthy, self-sustaining, and holistic neighborhoods through the collaborative work of Clergy, police and Community.

## Mission

To assist youth and adults living east of the Anacostia River who are in need of life transformation through community-based, school-based & re-entry focused programming.

## Goals

The goals of ERCPCP are:

1. Decrease community involvement with crime, violence and drugs in Wards 7 & 8

2. Increase educational and vocational achievement among youth

3. Develop youth with strong family, moral and spiritual values

4. Create healthy and safe neighborhoods

5. Mobilize the faith-based community, law enforcement, government, businesses and nonprofits to provide leadership, mentors and other resources

6. Become a world class, pace setting nonprofit organization while remaining God focused, family oriented, non-bureaucratic and mission centered.

## BOARD OF DIRECTORS

| | |
|---|---|
| Reverend Henry Gaston *Chair* | Rev. Kip Banks, Sr. |
| Rev. Lawrence Weaver *Secretary* | Dr. Roosevelt Cohen |
| Ms. Jacqui Seay-Khaalid *Treasurer* | Chief Cathy L. Lanier |
| Reverend Franklin Senger, III | Ms. Radiance Nowlin |
| Reverend Dr. Judy Talbert | Ms. Angie Johnson |
| Ms. Atul Russell | Mrs. Tiara White |
| | Reverend Donald L. Isaac *Executive Director* |



## 7-Pt YOUTH ANTI-VIOLENCE INITIATIVE

*Modeled after a successful clergy-police collaboration in Boston, the initiative has these fundamental objectives:*

1. **Connecting Services to Youth and Families-** helping congregations and service providers more efficiently dispense their services, facilitating networking among them, encouraging collaboration on projects and integrating the church into community efforts.

2. **Removing the Fear factor-** breaking down the barriers to understanding, which exist between youth and adults by creating opportunities for open dialogue.

3. **Collaboration with the Criminal Justice System-** fostering efforts to improve the justice that is meted out to youth by supporting a balanced mediation process and acting as youth advocates.

4. **Strengthening the Value System of Youth-** having the faith community jointly develop curriculum that is geared toward changing negative behavior and facilitating values training.

5. **Youth Spiritual Development-** facilitating opportunities for mediation and spiritual reflection by holding retreats for at-risk youth with adult mentors.

6. **Grief and Counseling Support-** offering the benefits derived from combining professional clinicians and using an emergency response team to comfort victims of crime, right at the time of death.

7. **Stabilization, Independence and Productivity-** promoting opportunities for jobs, youth leadership development and educational programs in order to foster productivity and holistic development of youth.



THE EAST OF THE RIVER
**Clergy-Police-Community Partnership**

4105 First Street, SE
Washington, DC 20032
**Phone:** 202-373-5767
**Fax:** 202-373-5769
**Web:** www.ercpcp.org

---

EAST OF THE RIVER

# CLERGY POLICE COMMUNITY PARTNERSHIP, INC.

*A faith-based organization dedicated to making a difference East of the River!*

*Reclaiming a generation... One child at a time.*

# ABOUT ERCPCP

ERCPCP is a faith-based collaborative that was initiated in August 1999, as the result of conversations between Rev. Anthony Motley and Police Chief Charles Ramsey. These conversations resulted in a meeting between pastors from twenty area churches, Chief Ramsey, and other high-ranking officers to discuss how the clergy and police might work together to reduce the critically high number of homicides among youth in Southeast, DC. That dialogue laid the foundation for a partnership which is currently comprised of over 50 churches, 50 social service and government agencies, and 9 law enforcement entities which work together to steer young people away from drugs and crime and toward stable productive lifestyles.

ERCPCP's major programmatic initiatives focus on serving youth between the ages of 12 and 26, and recently released re-entrants between the ages of 18 and 34.

## PROGRAMS AND SERVICES

### BALLOU SHS IN-SCHOOL SUSPENSION PROGRAM

On site staff from ERCPCP hosts a daily in-school suspension program which allows youth who are being disciplined an opportunity to remain in a structured learning environment, to remain up to date on classwork and to focus on the root of their negative behavior in an attempt to make more appropriate decisions in the future.

### VALUE CENTERED OUTREACH ACTIVITIES

ERCPCP sponsors several special events to reach out to at-risk young people in the community. Among them are the 40 Days of Increased Peace, Girl Talk Conference and Man 2 Man Conference.

### BENNING TERRACE YOUTH PROGRAM

In response to the increased incidents of auto theft and vehicular homicide occurring in the Benning Terrace/Benning Heights area in August, 2003, East of the River Clergy, Police, Community Partnership (ERCPCP) assumed a coordinating role for several organizations and groups who sought positive change for those living in Benning Terrace. Since that time, a myriad of programs, services, and resources have impacted this public housing community, helping it to become a safe, healthy, and self-sustaining neighborhood.

### FREDERICK DOUGLASS MEMORIAL WEED & SEED

ERCPCP coordinates this Weed & Seed community where law enforcement agencies and prosecutors cooperate in "weeding out" violent criminals and drug abusers and public agencies and community-based private organizations collaborate to "seed" much-needed human services. A community-oriented policing component bridges the weeding and seeding elements.

### VIOLENCE INTERVENTION PARTNERSHIP

The Violence Intervention Partnership (VIP) is a public safety initiative involving a collaborative effort by community leaders, law enforcement officers, government agencies, faith-based institutions, community-based organizations, educators, and social outreach workers. Its mission is to reduce violence among at-risk youth and young adults in communities east of the Anacostia River by developing innovative law enforcement, conflict resolution, and intervention and prevention strategies.

### WOODLAND TERRACE YOUTH PROGRAM

In response to the increased incidences of violence among older youth in Woodland Terrace and the surrounding communities related to crew/gang activity, ERCPCP was asked to go into the community to replicate services that it was providing in the Benning Terrace Public Housing Community. In partnership with several community based organizations, ERCPCP has increased focused outreach efforts to engage older youth between the ages of 13 – 24 and to provide youth and their families with services , supports and opportunities to encourage them to make holistic changes with the goal of increasing public safety and building stronger families.

### FAITH BASED TRANSITIONAL HOUSING PROGRAM

ERCPCP in partnership with Johnson Memorial Baptist Church (JMBC) has moved into the housing arena with the intent of providing transitional housing to its participants and affordable housing to citizens east of the river. Our housing efforts include the purchase and renovation of a 14 unit apartment building in Congress Heights which is currently being used to house recently released re-entrants. The housing program consists of a monitored, well-structured and a strictly supervised facility which has 24 hour on-site monitoring, curfews, random room inspections, weekly/daily groups, employment/substance abuse referrals, and

drug and alcohol testing. Once individuals have successfully completed the initial phase of the transitional housing program at this facility, ERCPCP will assist residents in securing long-term housing.

### PROJECT NIA: MENTORING WITH A PURPOSE

ERCPCP hosts a mentoring program serving District of Columbia youth, between the ages of 8-18, who have a parent or family member incarcerated. The program is designed to support positive growth and development through mentorship. We strive to pro-development through mentorship. We strive to protect, nurture and empower healthy and productive youth by strengthening their self-identity and self-worth, and encouraging positive life choices.

### WASHINGTON HIGHLANDS STRONG COMMUNITY PROJECT

ERCPCP coordinates efforts to work with male and female young adults living in the Washington Highlands community who are between the ages of 13 and 24. ERCPCP on site staff and outreach workers provide academic, career-oriented trainings, recreational services, mentoring services, a rites of passage program; and a youth leadership council.

## VOLUNTEER OPPORTUNITIES

ERCPCP has many volunteer opportunities for individuals wanting to serve their community. Our volunteer activities range from assisting with planning and organizing an event, to mentoring a young person. Become a volunteer today!

## CONTACT US

To become a volunteer, contact our volunteer coordinator, Lucy Hall at (301)-839-7167

*For more information on ERCPCP programs contact our main office at (202) 373-5767*

### DESIGNATE ERCPCP COMBINED FEDERAL CAMPAIGN NUMBER

# 31960

**Partners:**

Covenant Baptist Church

Dept. of Employment Services -
(Project Empowerment)

The Keys to Canaan -
(Fatherhood Initiative)

National Organization of
Concerned Black Men -
(Fatherhood Initiative)

Opportunities Industrialization
Center of Washington, DC
(OIC DC)



ERCPCP Faith-Based Transitional
Housing Program
4115 First Street S. E.
Washington, D. C. 20032

East of the River
Clergy, Police,
Community Partnership

**Faith-Based**

**Transitional
Housing Program**

4115 First St. S. E.
Washington, D. C. 20032

(202) 563-3690 *phone*
(202) 563-3693 *fax*
www.ercpcp.org

## MISSION/VISION:

ERCPCP Faith Based Transitional Housing (FBTH) Program seeks to create long-term supportive housing to individuals re-entering mainstream society. We look forward to the day when previously incarcerated individuals that are returning to Washington, DC will be able to move through a progressive housing program and obtain a fair opportunity to acquire permanent housing.

## WHAT WE DO:

ERCPCP's Faith Based Transitional Housing program is committed to providing supportive housing to previously incarcerated persons; helping them to navigate the difficult housing market. We work with government, financial entities, faith-based institutions, and corporations to secure transitional and independent housing for eligible participants.



## PROGRAM DESCRIPTION:

ERCPCP Faith Based Transitional Housing program is located at 4115 First St. S. E. Washington, D. C. which consists of a monitored, well-structured supervised 18 bed facility. This facility has 24 hour on-site monitoring, curfews, random room inspections, identify the following service areas i.e., weekly/daily groups, employment/ housing, substance abuse referrals, and drug and alcohol testing.

Once individuals have successfully completed the initial phase of the transitional housing program, we will assist residents in securing long-term permanent housing. This model will consist of independent and scattered site housing with supportive services.

## TARGET POPULATION:



ERCPCP Faith Based Transitional Housing program receives referrals from Court Services and Offender Supervision Agency (CSOSA). Eligible participants must complete a drug treatment program (if relevant), have an interest in living in a faith-based environment, and agree to abide by a comprehensive treatment plan created by their case worker.

## PROGRAM SERVICES:

The transitional housing program will consist of 3 phases. To follow is a brief synopsis of the FBTH program.

### PHASE I

The residents case plans are developed to identify goals and objectives. The goals will identify the following service areas i.e., housing, substance abuse treatment, vocation/educational support, and the identification of a positive social network for each participant.

### PHASE II

Each resident will aggressively seek employment. The resident will continue to address their goals and objectives based on the individualized case plans as their case manager identifies linkages to the community.

### PHASE III

The resident will identify permanent housing and stable employment. The resident will continue to interact with his mentor/ sponsor and key individuals for support. The resident will return to the ERCPCP Faith Based Transitional Housing for after-care meetings and follow-up sessions.

Daily programming will include:

- Educational training,
- Job readiness and life skills,
- Relapse prevention groups,
- Case management; and
- Cultural/arts activities.