IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.  08-16-01 (CKK) |
| MARTIN R. MCLAREN | : | |

**GOVERNMENT'S SUPPLEMENT TO REPLY**
**MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully presents this Supplement to its Reply Memorandum.

In support of its description of the alleged theft presented at pages 5-7 of its Reply, the government submits Exhibit 1 (Bank of America Management Narrative) and Exhibit 2 (documents from Ellis Billing Services).

Counsel for the defendant does not object to this process for submitting these exhibits.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No.  498610


/s/ *Thomas E. Zeno*
_____
THOMAS E. ZENO
 D.C. Bar. No. 348623
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-6957
Thomas.Zeno@usdoj.gov

# Exhibit 1

Resolution Date: 10/07/2004
Video Tape Viewed?: No
Fingerprint Available? No

## Management Narrative

On August 31, 2004 Martin R McLaren MD, Bank of America customer states that starting in July 2003 to June 30, 2004 Lakeal Odella Ellis employee /office manager for Dr. McLaren stole checks totaling $229,989.77 which were intended for Dr. McLaren.

The checks were made payable to Dr. Martin McLaren, or Pain Management and deposited into Bank of America Maryland account 003932073982 in the name of Lakeal Odella Ellis T/A Ellis Billing Services. Checks were endorsed on the back with a rubber stamp that states " Pay to the order of Bank of America Hyattsville, MD 20783 for deposit only Lakeal Odella Ellis T/A Ellis Billing Services and account ending 982". Checks were negotiated at Bank of America banking centers located in Prince George's County.

08/31/2004 spoke with Dr. McLaren to discuss his claim he stated that Leakeal worked for him and her job function were to completed billing forms for client services and mail out to the appropriate Insurance Agencies. Lakeal was never authorized to write checks or to process checks. The forged endorsement checks were mailed to his PO Box located in his office building. Dr. McLaren stated that some how Lakeal was able to get a key or copy of the key without his knowledge to the PO Box and was removing some of the checks out of the box.

On 7/29/2004 Bank of America Maryland account 003932073982 was opened in the name of Lakeal Odella Ellis, T/A Ellis Billing Services with check#1766 made payable to Ellis Billing Services in the amount of $9000. Check#1766 was drawn on Bank of America Maryland account 003928287699 in the name of McLaren Anesthesia Associates PC and signed by Dr. McLaren. Dr. Mclaren explanation was that he made a loan to Lakeal and she requested that he made check payable to Ellis Billing Services.

Investigator Harrison states to Dr. Mclaren that forged endorsement checks started in 07/2003 thru 08/2004 totaling $229,989.77 how is it that he was not aware he stated that he has multiple offices and makes a lot of money, the forged endorsements went undetected until a employee in his office brought it to his attention. Dr. Mclaren spoke highly of Lakeal and was very concerned about what will happen to her because of this incident.

I explained to Dr. Mclaren that if the bank reimburse his account the bank will pursue Lakeal through law enforcement for the bank loss also told Dr. Mclaren that I will discuss this claim with my legal counsel and will contact him on the bank decision. Dr. McLaren stated that he is willing to settle for half the amount of his claim.

09/2004 Investigator Harrison contacted Lakeal Ellis at 202-277-3164 then explained to her my reason for calling and explained Dr. Mclaren complaint to the bank. Lakeal stated that Dr. McLaren was not telling the truth and she did not want to explain her remark. Lakeal stated that she will talk to Dr. McLaren and her attorney and will get back to me. Lakeal stated that if Dr. Mclaren was unaware of what happened why does he still have her on payroll. Lakeal stated that he asked her to open account in the name of Ellis Billing Services and gave her the opening deposit of $9000 and also he signed the signature card for this account. After reviewing Lakeal Ellis checking account 003939242431 Dr. McLaren still have her on payroll.

09/28/2004 Investigator Harrison received phone call from Dr. McLaren stating he want to withdrawal his claim and will work this matter out with Lakeal Ellis himself. I stated to Dr. Mclaren that I need for him to sign a release agreement that states he is releasing Bank of America from this claim and he will not be able to file this claim again against Bank of America in which Dr. McLaren agreed to sign.

10/5/2004 Dr. McLaren signed the release agreement. After Michele Nickey with the legal department

reviewed release agreement she made some changes therefore, on 10/7/2004 Investigator Harrison went to Dr. McLaren Oxon Hill, Maryland office and explained to Dr. McLaren that I needed him to void release agreement he signed on 10/5/2004 and to sign new release agreement in which he did.

As of 10/7/2004 Bank of America suffered no loss.

**Activity was allowed to happen and/or remained undetected because:**

Not Applicable

**Action taken and/or planned:**

Not Applicable

### Loss/Recovery Information

| | |
|---|---|
| Primary Loss Type: | R: Missing Endorsement |
| Primary Loss Date: | 07/29/2003 |
| Exposure Amount: | $229,898.77 |
| Offset: | $0.00 |
| CI Loss Prevented: | $229,898.77 |
| Total Loss: | $0.00 |
| Total CI Recoveries - Check: | $0.00 |
| Total CI Recoveries - Non Check: | $0.00 |
| Total Recoveries: | $0.00 |
| CI Net Loss: | $0.00 |

| Edit History: | Rev. | Editor | Edit Date |
|---|---|---|---|
| | 9. | Lyubov Fiks | 08/13/2005 02:14:00 PM |
| | 8. | Cheryl P. Harrison | 10/26/2004 11:43:46 AM |

*Only past two edits are shown*

# Exhibit 2

Case 1:08-cr-00016-CKK    Document 23-3    Filed 06/30/2008    Page 1 of 11

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

Sole Proprietorship Signature Card

10-3

Account Number: 003932073982
Account Type: Checking
Account Title: Ellis Billing Services

*first title line must be sole proprietor's individual name*

LAKEAL ELLIS

Name of Sole Proprietorship: LAKEAL Ditella Ellis T/A Ellis Billing Services
Tax Identification Number: 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

☑ Social Security Number    ☐ Employer Identification Number

**Substitute Form W-9. Certification.** Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

**Certification Instructions**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Name (Typed or printed)**          **Signature**
1. LAKEAL ELLIS                      _[signature]_
2. Martin McLaren                    _[signature]_
3. Marcella White                    Marcella White
4. _____             _____
5. _____             _____

By signing below, the Sole Proprietor acknowledges and agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, and (3) the Miscellaneous Fees for Business Accounts, and the Proprietorship further acknowledges the receipt of these documents. The undersigned further certifies, by signing below, that (1) all of the above named person(s) are those persons currently empowered to act under the Sole Proprietorship Authorization which authorizes this account and the other banking services provided for therein, (2) that the specimen signature set forth opposite the name of each person is true and genuine and (3) the Substitute Form W-9 certification.

This 03 day of October 2003                          _[signature]_
                                                     Sole Proprietor/Owner

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the authorizations which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_[signature]_
Sole Proprietor/Owner

\* New signer 10/3/03

**Bank Information**

Date: 10-3-03                        Banking Center Name: New Hampshire Ave
Associate's Phone Number: 301-270-7180   Associate's Name: Gerald Sherrod

**Sole Proprietor:**

Name _____

Review Information _____
NMD

| | | | |
|---|---|---|---|
| Amount: | $9,000.00 | Sequence Number: | 3410087969 |
| Account: | 3932073982 | Capture Date: | 07/29/2003 |
| Bank Number: | 50101005 | Check Number: | 0 |



| | | | |
|---|---|---|---|
| Amount: | $9,000.00 | Sequence Number: | 3410087970 |
| Account: | 3928287669 | Capture Date: | 07/29/2003 |
| Bank Number: | 05200163 | Check Number: | 1766 |





Amount:        $7,000.00
Account:       3932073982
Bank Number:   05200163

Sequence Number:   3310297850
Capture Date:      08/13/2003
Check Number:      993





| | | | |
|---|---|---|---|
| Amount: | $2,000.00 | Sequence Number: | 3110364799 |
| Account: | 3928287669 | Capture Date: | 08/12/2003 |
| Bank Number: | 05200163 | Check Number: | 1794 |



| | | | |
|---|---|---|---|
| Amount: | $1,000.00 | Sequence Number: | 3810764229 |
| Account: | 3928287669 | Capture Date: | 11/14/2003 |
| Bank Number: | 05200163 | Check Number: | 1939 |



| | | | |
|---|---|---|---|
| Amount: | $5,000.00 | Sequence Number: | 3210909954 |
| Account: | 3932073982 | Capture Date: | 01/20/2004 |
| Bank Number: | 05200163 | Check Number: | 1004 |



| | | | |
|---|---|---|---|
| Amount: | $6,000.00 | Sequence Number: | 3910611514 |
| Account: | 3932073982 | Capture Date: | 02/03/2004 |
| Bank Number: | 05200163 | Check Number: | 1008 |



| | | | |
|---|---|---|---|
| Amount: | $4,000.00 | Sequence Number: | 3410176963 |
| Account: | 3932073982 | Capture Date: | 03/03/2004 |
| Bank Number: | 05200163 | Check Number: | 1009 |





| | |
|---|---|
| Amount: $10,000.00 | Sequence Number: 3410213980 |
| Account: 3932073982 | Capture Date: 05/25/2004 |
| Bank Number: 05200163 | Check Number: 1019 |



