UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.: |
| | : | 1:08CR-016-011 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Colleen Kollar-Kotelly |
| | : | |
| MARTIN R. McLAREN, | : | |
| | : | |
| Defendant. | : | Sentencing Date: JULY 11, 2008 |

### ORDER

On Defendant's Motion For Leave to File a Sur-Reply to the Government's Reply Memorandum in Aid of Sentencing, it is **ORDERED** on this ___10th___ day of June 2008 that the **MOTION** is **GRANTED** and that the Clerk will **FILE** Defendant's Sur-Reply Memorandum in Aid of Sentencing and attached Community Service Proposal on the date of this order.

**SO ORDERED.**

July 10, 2008
Date

_Colleen Kollar-Kotelly_
Judge Kollar-Kotelly

4

