HONORABLE COLLEEN KOLLAR-KOTELLY

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

AUG - 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

McLAREN, Martin                             Docket No.: 1:08cr00016-001

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __McLAREN, Martin__ having been sentenced, on July 11, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Petersburg__, in __Petersburg, VA__ by 2 p.m., on __August 28, 2008__.

__8/1/08__
Date

__Colleen Kollar-Kotelly__
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both

ATTORNEY/U.S. PROBATION OFFICER         X _____ DEFENDANT

Revised 6-2004

